MICHAEL MCCARTHY (SBN 89588)
    Email: mmccarthy@nemecek-cole.com
PATRICK A. MAHER (SBN 246360)
    Email: pmaher@nemecek-cole.com
**NEMECEK & COLE**
A Professional Corporation
16255 Ventura Boulevard, Suite 300
Encino, CA 91436-2300
Tel: (818) 788-9500 / Fax: (818) 501-0328

Attorneys for Defendant
SPERTUS LANDES & JOSEPHS LLP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>TRUE PHARMASTRIP, INC., a Canadian corporation<br><br>  Debtor. | Bk. No. 8:23-bk-11489-SC<br><br>Chapter 7<br><br>Adv. No.: 8:25-ap-01243-SC<br><br>Hon. Scott C. Clarkson |
| THOMAS H. CASEY, solely in his capacity as Chapter 7 Trustee for True Pharmastrip, Inc.<br><br>  Plaintiff,<br><br>vs.<br><br>SPERTUS LANDES & JOSEPHS LLP; LITIGATION AND BUSINESS LAW GROUP, INC.; and MICHAEL WILLIAM KINNEY,<br><br>  Defendants. | **STIPULATION TO EXTEND TIME FOR SPERTUS LANDES & JOSEPHS LLP TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: June 12, 2025<br>Trial Date: Not Set |

WHEREAS Plaintiff Thomas H. Casey initiated this adversarial proceeding on June 12, 2025. ECF No. 1.

WHEREAS the Court issued a Summons as to Defendant Spertus Landes & Josephs LLP on June 12, 2025. ECF No. 3.

WHEREAS the Summons instructs Defendant Spertus Landes & Josephs

1

10054075.1

1 | LLP to respond to the Complaint by July 14, 2025. ECF No. 3.

2 |     WHEREAS Plaintiff served Defendant Spertus Landes & Josephs LLP with

3 | the Complaint by mail on June 18, 2025. ECF No. 4.

4 |     WHEREAS the Court has set a status conference for September 2, 2025, at

5 | 1:30 p.m. in Courtroom 5C. ECF No. 3-1.

6 |     WHEREAS counsel for Spertus Landes & Josephs LLP received the case

7 | recently and have not an opportunity for a full review of the Complaint, allegations,

8 | law, and facts.

9 |     WHEREAS the parties wish to discuss the matter fully before litigating it

10 | further.

11 |     WHEREAS the other Defendants, Litigation and Business Law Group, Inc.,

12 | and Michael William Kinney, have not contacted Plaintiff's counsel presently.

13 |     The parties hereby stipulate as follows:

14 |     Defendant Spertus Landes & Josephs LLP's time to respond to the Complaint

15 | shall be extended by 30 days to Thursday, August 14, 2025.

16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

2

10054075.1

| | | |
|---|---|---|
| DATED: July 6, 2025 | | NEMECEK & COLE |
| | By: | *Patrick Maher* |
| | | PATRICK A. MAHER |
| | | Attorneys for Defendant |
| | | SPERTUS LANDES & JOSEPHS LLP |
| | | |
| DATED: July 6, 2025 | | LESNICK PRINCE PAPPAS & ALVERSON LLP |
| | By: | *[signature]* |
| | | CHRISTOPHER E. PRINCE |
| | | Attorneys for Plaintiff |
| | | THOMAS H. CASEY, Chapter 7 Trustee |

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 Ventura Boulevard, Suite 300, Encino, California 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3

10054075.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Nemecek & Cole, 16255 Ventura Boulevard, Suite 300, Encino, CA 91436-2300.

A true and correct copy of the foregoing document entitled (*specify*):
**STIPULATION TO EXTEND TIME FOR SPERTUS LANDES & JOSEPHS LLP TO RESPOND TO COMPLAINT**
will be served or was served in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 07/07/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Christopher E. Prince, Esq.<br>Lesnick Prince Pappas & Alverson, LLP<br>315 W. Ninth St., Ste. 705<br>Los Angeles, CA 90015 | Litigation and Business Law Group, Inc.<br>Attn: Michael Kinney, CEO<br>32 Rue Du 4 Septembre<br>11000 Carcassonne<br>FRANCE | Michael Kinney<br>32 Rue Du 4 Septembre<br>11000 Carcassonne<br>FRANCE |
|---|---|---|

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

|   |   |
|---|---|
|   |   |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/07/25 | Beverly Godinez | *Beverly Godinez* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**