# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Nemecek & Cole, 16255 Ventura Boulevard, Suite 300, Encino, CA 91436-2300.

A true and correct copy of the foregoing document entitled (*specify*):
will be served or was served in the manner stated below: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING re ORDER ON STIPULATION TO EXTEND TIME FOR SPERTUS LANDES & JOSEPHS LLP TO RESPOND TO COMPLAINT and FILED STIPULATION TO EXTEND TIME FOR SPERTUS & LANDES & JOSEPHS LLP TO RESPOND TO COMPLAINT**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/07/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Christopher E. Prince, Esq.<br>Lesnick Prince Pappas & Alverson, LLP<br>315 W. Ninth St., Ste. 705<br>Los Angeles, CA 90015 | Litigation and Business Law Group, Inc.<br>Attn: Michael Kinney, CEO<br>32 Rue Du 4 Septembre<br>11000 Carcassonne<br>FRANCE | Michael Kinney<br>32 Rue Du 4 Septembre<br>11000 Carcassonne<br>FRANCE |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/07/25, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Hon. Scott C. Clarkson<br>U.S. Bankruptcy Court,<br>Ronald Reagan Federal Building<br>411 West Fourth Street, Suite 5130<br>Santa Ana, CA 92701-4593 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/07/25 | Beverly Godinez | *Beverly Godinez* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**